# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| **V.** | |
| CLINTON CARTER | CASE NUMBER: 1:17-mj-*01051* |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 17,2017, in Marion County, in the Southern District of Indiana, defendant did commit,

Count 1: Possession of a firearm by a convicted felon, in violation of Title 18 U.S.C. § 922(g)(1).

I further state that I am a special agent, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____

Special Agent, Andrew D. Willmann, FBI

**Sworn to before me, and subscribed in my presence**

November 17, 2017
**Date**

at   Indianapolis, Indiana

_____

Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____

**Signature of Judicial Officer**

**AFFIDAVIT**

I, ANDREW D WILLMANN ["AFFIANT"], being duly sworn according to law, depose and state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation, and have been since June 2014.  I have taken classes related to cyber-criminal activity as well as classes related to the exploitation of children. I have also investigated numerous crimes against children since being assigned to the Indianapolis Field Office. I am currently assigned to the Indianapolis Violent Crimes Against Children Task Force. I have completed five months of training at the FBI Academy in Quantico, Virginia, and attended the Dallas Crimes Against Children Conference.  In this assignment, I investigate all manner of violent crime, to include firearm related offenses.

2.  This affidavit is submitted in support of an application for a Warrant for Arrest of CLINTON CARTER ["CARTER"], black male, date of birth ["DOB"] XX/XX/1979, social security account number ["SSAN"] XXX-XX-9771, who last resided at 3446 Graceland Indianapolis, IN 46208.  Based on my training and experience, and based on the facts below, I believe that CARTER was a previously convicted felon in possession of a firearm, specifically a .38 caliber Rock Island Armory Model 206 revolver, on November 17, 2017. CARTER's physical possession of this firearm is alleged by your AFFIANT to be a violation of Title 18 USC, Section 922 (g)(1).

3. The statements contained in this affidavit are based in part on information provided by, and conversations held with, Special Agents and Task Force Officers of the FBI and DEA; detectives and patrol officers of the Indianapolis Metropolitan Police Department ["IMPD"]; witnesses; and on your Affiant's experience and background as a Special Agent of the FBI.

4. Your Affiant has not included each and every fact that has been revealed through the course of this investigation. Your Affiant has set forth only the facts that are believed to be necessary to establish the required foundation for this issuance of the requested Warrant for Arrest.

## BACKGROUND OF THE INVESTIGATION

5. On November 17 2017, at approximately 6:00 a.m., officers from the FBI, ATF, DEA and IMPD served a federal search warrant signed on 11/15/2017 in the Southern District of Indiana by Magistrate Judge Debra McVicker Lynch, at 2966 Stuart Street Indianapolis, IN 46218. Upon entry of the residence, CARTER was located in a bedroom with Crystal Cousins (DOB) December 7, 1985 and another six year old female child. CARTER and Cousins were removed from the bedroom and brought to the living room. CARTER and Cousins provided their names, dates of birth, and social security numbers to Agents as identification.

6. Investigators asked cousins if she possessed any firearms in the residence. Cousins told the investigators she did not possess any firearms within the

residence or elsewhere. CARTER did not provide any information to investigators about any weapons.

7. Upon searching the bedroom CARTER and Cousins were located in, Investigators located a .38 Caliber, Rock Island Armory Model 206 revolver. The revolver was concealed inside a black sock and located between the mattress and box springs at the head of the bed. Approximately 14 grams of suspected heroin was also located in the bedroom with the 6 year old child. The suspected heroin was located behind the television in the bedroom in a small cardboard box.

8. Officers then identified the black male to be CARTER. Further investigation into CARTER's previous criminal history showed multiple felony convictions within Marion County (Indiana) for Possession of narcotic drugs.

9. According to the Rock Island Armory website (http://armscor.com/), the primary location for the manufacturing of Rock Island Armory and other merchandise is at their headquarters, which is located in Marikina, Philippines. The state of Indiana does not currently maintain a Rock Island Armory manufacturing plant. Therefore, the Rock Island Armory .38 Model 206 revolver seized from CARTER's bedroom on November 17, 2017 must have travelled through interstate commerce in order to be found in his bedroom.

3

## CONCLUSION

10. Based on the information detailed above, your AFFIANT has probable cause to believe that CARTER violated Title 18 USC, Section 922(g)(1) in that CARTER knowingly possessed a firearm having been previously convicted for crimes punishable by imprisonment for a term exceeding one year.


FURTHER YOUR AFFIANT SAITH NOT


Andrew D Willmann
Special Agent
Federal Bureau of Investigation


Subscribed and sworn before me the ___17___ day of November, 2017


Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

4